DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM E. SANDERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1895

[November 23, 2022]

Appeal of order denying rule 3.850 from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432020CF0000541A.

William E. Sanders, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

FORST, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***